**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 05 2013

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 1:13-CR-96 |
| JUAN SAENZ-TAMEZ (1) | § | |
| a/k/a. "Panochitas", a/k/a, "Panochas", | § | |
| JUAN ALBERTO CORREA (2) | § | |
| a/k/a, "Juanito", a/k/a "Werco", | § | |
| JUAN GARZA CORREA (3) | § | |
| a/k/a, "Primo", | § | |
| RICKY ST. JULIEN (4) | § | |
| RONELLE PORTER (5) | § | |
| a/k/a, "Ron", | § | |
| MARK LOTTIG (6) | § | |
| DONALD RAY SIMIEN (7) | § | |
| a/k/a, "Ray", | § | |
| CHRISTOPHER OMIGIE (8) | § | |
| a/k/a, "Chief" | § | |

## NOTICE OF CASE ASSOCIATION

Pursuant to General Order No. 92-15, it is requested that this case be assigned to the Honorable Marcia Crone to whom the following related case was assigned:

USA v. Jenkins, et al. (1:11-CR-88)

USA v. Starks, et al. (1:09-CR-175)

In giving this written notice to the Court and Clerk, I certify that this request for specific judge assignment in lieu of random draw is solely for the intent and purpose specified in General Order No. 92-15.

Signed this 5th day of September, 2013.

                                                Respectfully submitted,

                                                JOHN M. BALES
                                                UNITED STATES ATTORNEY

                                                _____
                                                John A. Craft
                                                Assistant U. S. Attorney
                                                350 Magnolia, Suite 150
                                                Beaumont, Texas 77701
                                                409-839-2538